# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:17CR74 |
| vs. | ) | |
| NEWTON DALE | ) | ORDER |
| Defendant.. | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [20]. Counsel is scheduled to begin trial in another case scheduled for May 9, 2017 and requests trial to be continued. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the unopposed Motion to Continue Trial [20] is granted as follows:

1. The jury trial, now set for May 9, 2017 is continued to **June 13, 2017.**

2. The defendant shall file an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 13, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED May 5, 2017.**

BY THE COURT:

s/ F.A. Gossett III
**United States Magistrate Judge**